# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:96CR54 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| KARLOS NORMAN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on April 17, 2018. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on May 25, 2018. The defendant admitted to the following violations:

1. New Law Violation – Cuyahoga County Common Pleas Court case CR-18-627937-A;
2. Illicit Substance Use.

The magistrate judge filed a report and recommendation on November 6, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on November 26, 2018. Defendant Karlos Norman was present and represented by Attorney Jacqueline Johnson. The United States was represented by Assistant United States Attorney Daniel

Riedl. United States Probation Officer Ashley Frank was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of twenty (20) months on each of counts 7 and 8, to run concurrently, with credit for time served in federal custody since April 19, 2018. The Court recommends that the defendant be placed at FCI Elkton, and that the defendant receive mental health treatment at the designated facility.

No term of supervised release shall follow.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: November 26, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**